# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 27, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

138362

EDWARD C. LEVY COMPANY d/b/a
LIBERTY SAND & GRAVEL COMPANY,
      Plaintiff-Appellee,

and

DETROIT AREA COUNCIL OF BOY
SCOUTS OF AMERICA,
      Plaintiff-Counterdefendant-
      Appellee,

v

METAMORA TOWNSHIP,
      Defendant-Counterplaintiff-
      Appellant,

and

METAMORA LAND PRESERVATION
ALLIANCE and LANDEX, INC.,
      Intervening Defendants-
      Counterplaintiffs-Appellees.

SC: 138362
COA: 279431
Lapeer CC: 06-037672-CZ

_____/

      On order of the Court, the application for leave to appeal the January 22, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 27, 2009

p0518

*Corbin R. Davis*
Clerk